2015-1108 (La. 11/18/16)

**STATE of Louisiana**

v.

**Brian Keith THOMAS**

**No. 2015–K–1108**

Supreme Court of Louisiana.

11/18/2016

PER CURIAM:

Denied. Moot. *See State v. Thomas*, 15–1110 (La. 11/18/16), 206 So.3d 866.